PETER D. KEISLER
Assistant Attorney General
ELIZABETH J. SHAPIRO
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6130
Washington, D.C. 20530
Tel: (202) 616-8476
Fax: (202) 616-8460
isaac.campbell@usdoj.gov

Attorneys for Defendants Environmental Protection Agency; National Highway Traffic Safety Administration; Department of Transportation; and Office of Management and Budget

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel*. EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>      Plaintiff,<br><br>   v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, et al,<br><br>      Defendants. | CV 07-02055 JSW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF DUE DATE OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT/CROSS-MOTION FOR SUMMARY JUDGMENT AND ORDER THEREON** |

     Pursuant to Civil L.R. 6-2, Defendants, through undersigned counsel, hereby move for an order changing, by one business day, the time by which Defendants' Opposition to Plaintiffs' Motion for Summary Judgment/Cross-Motion for Summary Judgment is due. Counsel for Plaintiff has stipulated to this short extension. As grounds for this stipulation, Defendants state as follows:

     1.     On November 30, 2007, at approximately 11:20 PST, Defendants' counsel attempted to electronically file Defendant's Opposition to Plaintiffs' Motion for Summary Judgment/Cross-Motion for Summary Judgment, in compliance with the due date set forth in this Court's November 15, 2007 Order.

2. Defendants' counsel's filing attempts were unsuccessful due to technical difficulties beyond the control of undersigned counsel.  Specifically, the Court's ECF system was not accessible, and thus filing could not be completed on November 30, 2007.

3. On November 30, at approximately 11:45 p.m., Defendants' counsel provided Plaintiff's counsel with electronic copies of the Defendants' filing in order: (1) to ensure Plaintiff received the filing in the timeframe mandated by the Court; (2) to allow Plaintiff's counsel to timely facilitate their preparation of a response; and (3) to memorialize that the documents in Defendants' filing (Motion, Memorandum and Points of Authorities and accompanying declarations) had been completed prior to the passage of Defendants' due date.

4. Defendants seek to file their Opposition to Plaintiffs' Motion for Summary Judgment/Cross-Motion for Summary Judgment today, December 3, 2007, on the first business day after technical difficulties with the Court's ECF system precluded Defendants from successfully completing their filing on November 30, 2007.

5. As Plaintiff's counsel received the copies of Defendants' filing on November 30, counsel for the Plaintiff is not prejudiced by an order changing by one business day, from Friday, November 30, 2007 to Monday, December 3, the due date of Defendants' Opposition/Cross-Motion.  In fact, Plaintiff has stipulated to the request.

6. This stipulation is supported by the Declaration of Isaac R. Campbell, filed herewith.

For the reasons set forth above, and in the Declaration of Isaac R. Campbell, Defendants hereby move for an order changing, to Monday, December 3, 2007, the time by which Defendants' Opposition to Plaintiffs' Motion for Summary Judgment/Cross-Motion for Summary Judgment is due.  No other dates in the current briefing schedule need be changed or modified as a result of this order.

Dated:  December 3, 2007

| /s/ | /s/ |
|---|---|
| ELIZABETH J. SHAPIRO<br>ISAAC R. CAMPBELL<br>United States Department of Justice<br>Civil Division, Federal Programs Branch | LAURA ZUCKERMAN<br>Deputy Attorney General<br><br>SANDRA GOLDBERG |

Stipulated Request For Order Changing Time of Defs' Oppo./Cross Mot. Due Date (07-02055 JSW)

| | |
|---|---|
| 20 Massachusetts Avenue, NW, Rm. 6130<br>Washington, DC  20530<br>Tel: (202) 616-8476<br>Fax: (202) 616-8460 | Deputy Attorney General<br>California Department of Justice<br>Environment Section<br>Office of the Attorney General<br>1515 Clay Street, 20th floor<br>Tel: (510) 622-2174 |
| Attorneys for Defendants | Attorneys for Plaintiff |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December  4  , 2007             _____
                                       Honorable Jeffrey S. White