| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

PEOPLE OF THE STATE OF CALIFORNIA
*ex rel.* EDMUND G. BROWN, JR.,K
ATTORNEY GENERAL OF THE STATE OF
CALIFORNIA,

    Plaintiff,

  v.

ENVIRONMENTAL PROTECTION
AGENCY; NATIONAL HIGHWAY
TRAFFIC SAFETY ADMINISTRATION;
DEPARTMENT OF TRANSPORTATION;
and OFFICE OF MANAGEMENT AND
BUDGET,

    Defendants.
_____/

No. C 07-02055 JSW

**ORDER VACATING HEARING DATE AND REQUIRING FURTHER JOINT SUBMISSION**

The parties' cross-motions for summary judgment are currently set for hearing on Friday, January 18, 2008 at 9:00 a.m. This matter is fully briefed and ripe for decision. The Court finds that the matters is appropriate for disposition without oral argument and the motion is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for January 18, 2008 is VACATED.

In addition, the Court HEREBY ORDERS that by January 18, 2008, the parties file a joint supplemental submission in the form of a table in which the documents that the parties still dispute (whether not disclosed at all or disclosed in part) are listed. In the remaining columns, each party shall enter a brief description of their position, with specific citation to the motion

papers as well as specific citations to the evidence submitted. The Court will then issue an order resolving the narrowed disputes and issues presented by the parties.

**IT IS SO ORDERED.**

Dated: January 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE