IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* EDMUND G. BROWN, JR.,K ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY; NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; DEPARTMENT OF TRANSPORTATION; and OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendants. | No. C 07-02055 JSW<br><br>**ORDER REFERRING CROSS-MOTIONS FOR SUMMARY JUDGMENT FOR REPORT AND RECOMMENDATION** |

Now pending are the parties' cross-motions for summary judgment as to whether Defendants properly withheld documents requested pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. Pursuant to Northern District Civil Local Rule 72-1, and 28 U.S.C. § 636(b)(1)(B), the parties' cross-motions for summary judgment are HEREBY REFERRED to a randomly assigned Magistrate Judge for the purpose of conducting an evidentiary hearing, if necessary, and submitting proposed findings of fact and recommendations for the disposition.

**IT IS SO ORDERED.**

Dated: March 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom