United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF CALIFORNIA
*ex rel.* EDMUND G. BROWN, JR.,K
ATTORNEY GENERAL OF THE STATE OF
CALIFORNIA,

        Plaintiff,

    v.

ENVIRONMENTAL PROTECTION
AGENCY; NATIONAL HIGHWAY
TRAFFIC SAFETY ADMINISTRATION;
DEPARTMENT OF TRANSPORTATION;
and OFFICE OF MANAGEMENT AND
BUDGET,

        Defendants.

_____/

No. C 07-02055 JSW

**SUPPLEMENTAL ORDER OF
REFERRAL TO MAGISTRATE
JUDGE JAMES LARSON**

      Pursuant to Northern District Civil Local Rule 72-1 and 28 U.S.C. § 636(b)(1)(B), this

Court issues this supplemental order of referral to Magistrate Judge James Larson to conduct an

*in camera* review of the specified documents and to require further briefing referred to in the

Report and Recommendation dated June 4, 2008.

      **IT IS SO ORDERED.**

Dated:  July 23, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom