UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, ex rel., | No. C 07-2055 JSW (JL) |
| Plaintiffs, | |
| v. | **ORDER** |
| Environmental Protection Agency, et al., | |
| Defendants. | |

This Court received the Supplemental Order of Referral from the district court (Hon. Jeffrey S. White) and hereby implements that referral.

It is hereby ordered that:

1. Defendants shall produce Documents 62, 64, 65, and 67 for in camera review;

2. It is unclear to the Court how many documents are currently subject to the issue of segregability of factual portions of withheld documents. Accordingly, the Court directs the parties to revisit and re-brief this specific issue, if there are more documents to which it applies. Plaintiffs shall submit their letter brief of five pages or less within five days of issuance of this order and Defendants shall respond with their own letter brief of five pages or less within five days after that. The matter shall be submitted without a hearing;

3. Draft documents, at pages 415-416, 725, and 1415-1416, shall be produced for in camera review, within ten days of issuance of this order;

4. The parties shall advise the Court within ten days of issuance of this order by joint letter brief whether Plaintiffs' objections to the non-disclosure of some of Kenneth Katz's notes may have been adequately dealt with by the submission of a supplemental declaration by Mr. Katz, or whether further briefing is necessary.

IT IS SO ORDERED.

DATED: July 24, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\07-2055\Order re 60.wpd