UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, ex rel., | No. C 07-2055 JSW (JL) |
| Plaintiffs, | |
| v. | **ORDER** |
| Environmental Protection Agency, et al., | |
| Defendants. | |

Defendants are hereby ordered to submit for *in camera* review all documents presently being withheld on the basis of the deliberative process privilege. *Pacific Fisheries v. United States*, ---F.3d ---2008 WL 3863868 at *6 (9th Cir. August 21, 2008).

DATED: August 26, 2008

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\07-2055\in camera order.wpd