|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* EDMUND G. BROWN, JR.,K ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

   Plaintiff,

 v.

ENVIRONMENTAL PROTECTION AGENCY; NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; DEPARTMENT OF TRANSPORTATION; and OFFICE OF MANAGEMENT AND BUDGET,

   Defendants.
_____/

No. C 07-02055 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART MOTIONS FOR SUMMARY JUDGMENT**

   The Court has reviewed Magistrate Judge James Larson's Supplemental Report and Recommendation regarding the parties' cross-motions for summary judgment ("Report"). There have been no objections filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the cross-motions for summary judgment are GRANTED IN PART and DENIED IN PART in accordance with the terms of the Report and

///
///
///
///
///

Recommendation.

**IT IS SO ORDERED.**

Dated: February 4, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2