1  EDMUND G. BROWN JR.
    Attorney General of California
2  SANDRA GOLDBERG
    Deputy Attorney General
3  State Bar No. 138632
    LAURA J. ZUCKERMAN
4  Deputy Attorney General
    State Bar No. 161896
5    1515 Clay Street, 20th Floor
     P.O. Box 70550
6    Oakland, CA  94612-0550
     Telephone:  (510) 622-2174
7    Fax:  (510) 622-2270
     E-mail:  Laura.Zuckerman@doj.ca.gov
8  *Attorneys for People of the State of California ex rel.*
   *Edmund G. Brown Jr., Attorney General of the State*
9  *of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA EX REL. EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**ENVIRONMENTAL PROTECTION AGENCY, NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; DEPARTMENT OF TRANSPORTATION; and OFFICE OF MANAGEMENT AND BUDGET**<br><br>Defendants. | Case No.: C07-2055 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE VACATION OF CASE MANAGEMENT CONFERENCE DATE**<br><br>Date:  March 13, 2009<br>Time:  1:30 pm<br>Courtroom: 11, 19th Floor<br>Judge:  Hon. Jeffrey S. White |

Pursuant to Rule 7-12 of the Civil Local Rules, the parties, through undersigned counsel, hereby stipulate and agree as follows:

1

WHEREAS in this Freedom of Information Act proceeding, all the legal issues have been resolved pursuant to the Court's February 4, 2009 Order granting in part and denying in part the parties' cross-motions for summary judgment;

WHEREAS defendants have represented that they have produced all of the documents defendants have been ordered to produce, and plaintiff accepts defendants' representation; and

WHEREAS the parties agree that there are no remaining issues to be addressed by the Court; accordingly,

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. The Joint Case Management Conference scheduled for Friday, March 13, 2009 shall be taken off calendar; and

2. The parties shall submit to the Court by March 18, 2009 a proposed final judgment pursuant to stipulation for the Court's approval.

Dated: March 11, 2009

_____/S_____
ISAAC R. CAMPBELL
United States Department of Justice
Civil Division, Federal Programs Branch

_____/S/_____
SANDRA GOLDBERG
LAURA J. ZUCKERMAN
Attorneys for People of the State of California *ex rel*. Edmund G. Brown Jr., Attorney General of the State of California

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 12, 2009

_____
Honorable Jeffrey S. White
United States District Judge